STATE v. BEAM

No. 524PA88.

Case below: 91 N.C. App. 629.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 9 February 1989.

STATE v. BIRDSONG

No. 43PA89.

Case below: 92 N.C. App. 382.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 9 February 1989.

STATE v. BRADLEY

No. 538P88.

Case below: 91 N.C. App. 559.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.

STATE v. BULLOCK

No. 498P88.

Case below: 91 N.C. App. 585.

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 9 February 1989. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.

STATE v. BYRD

No. 595P88.

Case below: 92 N.C. App. 244.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.